1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   CAROLYN SILANE (NYBN 4596235)
    Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6973
7       Facsimile: (415) 436-7234
        E-Mail: carolyn.silane@usdoj.gov
8
    Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,        )       No. CR 3-12-71284-MAG
14                                   )
            Plaintiff,               )
15                                   )
            v.                       )       **STIPULATION AND [PROPOSED]**
16                                   )       **ORDER CONTINUING APPEARANCE**
    GEORGE ZEVADA,                   )       **DATE AND EXCLUDING TIME**
17                                   )       **PURSUANT TO FED. R. CRIM. P. 5.1 &**
            Defendant.               )       **18 U.S.C. § 3161**
18   _____)

19

20          The parties, by and through counsel, stipulate and agree as follows:

21          1.  The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until June 28, 2013,

22   and the hearing scheduled for June 3, 2013, vacated.

23          2.  Counsel for the United States and the defendant wish to exchange certain information,

24   and to meet and confer prior to the time of Indictment to discuss a potential resolution of the

25   case.  Counsel for the defendant believes based on the charge alleged in the Complaint that it is

26   in the best interest of the defendant to obtain further information, consult with the defendant, and

27   meet with the government prior to Indictment; counsel for the government believes that it is in

28   the interests of justice to do so.  The parties agree that extending the time limits of Rule 5.1

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 3-12-71284

1  serves the ends of justice and outweighs the interests of the public and the defendant in a speedy

2  trial, and that failing to extend the time limits would deny counsel for the government and the

3  defendant the reasonable time necessary for effective preparation, taking into account the

4  exercise of due diligence. 18 U.S.C. § 3161(h)(7).

5      3.  The hearing scheduled for June 3, 2013, should be vacated.  The next court

6  appearance in this case shall be June 28, 2013, 2013, at 9:30 am before the duty magistrate in San

7  Francisco, for preliminary hearing or indictment.  The parties may seek further extension of the

8  time limits in Rule 5.1(c) by stipulation.          SO STIPULATED AND AGREED,

9

10                                  MELINDA HAAG
                                    United States Attorney

11

12  DATED: May 31, 2013            _____/s/_____
13                                  CAROLYN SILANE
                                    Special Assistant United States Attorney

14

15  DATED: May 31, 2013            _____/s/_____
16                                  STUART HANLON
                                    SARA RIEF
17                                  Attorneys for George Zevada

18

19                              [PROPOSED] ORDER
20

21      Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. 3161(h)(7), IT IS SO

22  ORDERED.

23

24

25  DATED: June 4, 2013            _____
26                                  HON. LAUREL BEELER
                                    United States Magistrate Judge

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 3-12-71284